IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, L.L.C.,a Delaware Limited Liability Company, | ) | |
| Plaintiff, | ) | No. 03-2008C |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ALAN J. LO RE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
SENIOR TRIAL COUNSEL
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Tele: (202) 307-0277
Facsimile: (202) 514-8624

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

September 29, 2003