# In the United States Court of Federal Claims

No. 03-2008 C
(Filed: October 9, 2003)

************************************
*
**GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company,**
Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
************************************

**ORDER**

Counsel for the parties in this action were informed by the Clerk on August 27, 2003, that this case has been designated as an electronic case in the court's case management/electronic case filing (ECF) system. Plaintiff's counsel has failed to register and be trained in the ECF system. Accordingly, counsel for Plaintiff is ORDERED to act forthwith to be registered and trained in using the ECF system.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge