# In the United States Court of Federal Claims

No. 03-2008 C
(Filed: November 6, 2003)

***********************************

**GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company,**
Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

***********************************

## ORDER

Defendant filed a memorandum of intent to file a motion to dismiss on October 22, 2003, pursuant to ¶ 6(a)(i) of the Court's Standard Special Procedures Order, dated October 9, 2003. Plaintiff was permitted to file a response to Defendant's memorandum within 14 days (by November 5, 2003), as provided by Rules of the United States Court of Federal Claims (RCFC) 7.1(a) and ¶ 6(a)(i) of the Standard Special Procedures Order. Plaintiff has failed to file such a response.

Defendant is therefore ORDERED to file its proposed motion to dismiss by December 4, 2003.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge