# In the United States Court of Federal Claims

No. 03-2008 C
(Filed: November 6, 2003)

*************************************

| | |
|---|---|
| | * |
| **GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company,** | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

*************************************

## ORDER

Counsel for the parties in this action were informed by the Clerk on August 27, 2003, that this case has been designated as an electronic case in the court's case management/electronic case filing (ECF) system. Further, on October 9, 2003, the Court ordered counsel for Plaintiff to "act forthwith to be registered and trained in using the ECF system." After being given 4 additional weeks, Plaintiff's counsel has still failed to comply with the Court's Order.

Therefore, counsel for Plaintiff is ORDERED to show cause why he has failed to comply with a direct, explicit order of this Court. Plaintiff's counsel is further ORDERED to register his email address with the Clerk of Court and to obtain training in use of the ECF system. Plaintiff's counsel shall comply with all of these orders and file his pleading **by ECF** no later than **November 20, 2003.**

Plaintiff shall also be advised that documents have been filed in this action since August 27, 2003. Therefore, when Plaintiff becomes registered and trained in using the ECF system, Plaintiff is ORDERED to examine the online docket sheet to become familiar with what has been happening in this case.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH

Chief Judge