IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, L.L.C. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2008C (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KELLY B. WEISS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KELLY B. WEISS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

S/ KELLY B. WEISS
KELLY B. WEISS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 514-8624

November 7, 2003

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this __ day of November, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid), copies of "NOTICE OF APPEARANCE" addressed as follows:

Steven M. Rudner
Rudner Law Offices
5956 Sherry Lane, Suite 1310
Dallas, Texas 75225

_________________________