IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company, | ) | |
| Plaintiff, | ) | No. 03-2008C (Judge Damich) |
| vs. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Steven M. Rudner, counsel for plaintiff in the above-captioned matter, respectfully responds to the Order to Show Cause filed November 6, 2003, as follows:

1. This Court issued two prior orders advising the parties that this case was designated in the court's case management/electronic case filing (ECF) system, directing counsel to register and be trained in the ECF system and to register his email address with the Clerk of Court.

2. Due to an unfortunate series of clerical errors, the deadlines established in these orders were not docketed.

3. Counsel sincerely and humbly apologizes for the error and respectfully avows that steps have been taken to ensure that nothing similar will occur again in the future.

4. Counsel for plaintiff has now undertaken the substantial but necessary steps to register and be trained in the ECF system. This includes making necessary upgrades to the firm's

computer system, the acquisition of new programs and operating systems and the attendant cost to install, implement and train firm personnel on the new programs and systems. Further, undersigned counsel has completed the training for the ECF system and passed the certification test.

5. In compliance with this Court's Orders, undersigned counsel has registered his email address with the Clerk of Court.

6. In further compliance with the Court's Orders, undersigned counsel has examined the online docket sheet to become familiar with what has been happening in this case.

7. In further compliance with the Court's Orders, undersigned counsel has filed this Response to Order to Show Cause by ECF.

RESPECTFULLY SUBMITTED this 20TH day of November, 2003.

RUDNER LAW OFFICES

By s/ STEVEN M. RUDNER

5956 Sherry Lane, Suite 1310
Dallas, Texas 75225
(214) 373-1900
(214) 373-0087 (*fax*)
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 20th day of November, 2003, I caused to be place in the United States mail (first class mail, postage prepaid), copies of "Response to Order to Show Cause" addressed as follows:

David M. Cohen
Mark Al. Melnick
Peter Keisler
Alan Lo Re
Kelly B. Weiss
Commercial Litigation Branch
Civil Division
Unites States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

David Barnes
Public Contract Law Branch
Internal Revenue Service
General Legal Services
950 L'Enfant Plaza, S.W.
Floor 2
Washington, D.C. 20024