# AWARD / CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

RATING

PAGE OF PAGES: 1 | 48

2. CONTRACT (Proc. Inst. Ident.) NO.: IRNO-00-D-00004

3. EFFECTIVE DATE: 02/07/2000

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: 0-0-N8-07-07-A40

5. ISSUED BY — CODE: 20745003

Internal Revenue Service
Constellation Centre
6009 Oxon Hill Road
Oxon Hill, MD 20745

Rebecca A. Taylor
202-283-1338

6. ADMINISTERED BY (If other than Item 5) — CODE: 20745001

IRS / A/C Procurement P:O:P / 7th Floor
6009 Oxon Hill Road
Oxon Hill, MD 20745

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

PUBLIC AFFAIRS INT'L, INC.
ATTN: BROSIM EXPONE
11120 New Hampshire Ave
SUITE 203
SILVER SPRING MD 20904

Vendor ID: 00035966
CEC: 622722981
Cage Code:
Tax ID #: 52-1726291

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: 00.000% 00 Net 030

10. SUBMIT INVOICES (4 copies unless otherwise specified) To THE ADDRESS SHOWN IN: ITEM 12

CODE | FACILITY CODE

11. SHIP TO/MARK FOR — CODE: 20706211

Internal Revenue Service, OP:ETA:A
ATTN: Tom Martin
8100 Corporate Drive
Lanham, MD 20706

12. PAYMENT WILL BE MADE BY — CODE: INV0B30

IRS/IRS-ADMINISTRATIVE SERVICES CENTER
PO BOX E
TELEPHONE # (304) 256-6000
BECKLEY, WV 25802

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX)
15 U.S.C. 637(a)

14. ACCOUNTING AND APPROPRIATION DATA
See Schedule

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | See attached Schedule(s) | | | | |

15G. TOTAL AMOUNT OF CONTRACT: 0.00

## 16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE (S) | (X) | SEC. | DESCRIPTION | PAGE (S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 35-47 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2-13 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 14-24 | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 25-26 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 48 |
| X | F | DELIVERIES OR PERFORMANCE | 27-28 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 29-31 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 32-34 | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 02 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
BROSIM S. EKPONE PRESIDENT
PUBLIC AFFAIRS INTERNATIONAL, INC.

20A. NAME OF CONTRACTING OFFICER
Rebecca A. Taylor 202-283-1338

19B. NAME OF CONTRACTOR
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED: 2-07-00

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED: 2/7/00

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA - FAR (48 CFR) 53.214 (a)

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

NATIONWIDE ELECTRONIC TAX FORUM CONFERENCES AND EXHIBITIONS

C.1 BACKGROUND

The Internal Revenue Service (IRS) provides a forum, in a conference environment, where tax professionals including electronic filers, other interested hardware and software vendors, banking authorities, tax preparers, state taxing agencies and the IRS may participate in an exchange of technology, ideas, equipment, and software used for the electronic filing process and other IRS initiatives. In addition, as a result of the IRS Restructuring and Reform Act (RRA) of 1998, the Electronic Tax Administration (ETA) is now able to offer certain incentives in order to promote electronic filing of tax returns. To accomplish this, ETA has established a new Distribution Channel Management (DCM) Incentives Program. ETA plans to select up to 50 Electronic Return Originators (EROs), who will receive incentives during the Tax Forum Conferences and Exhibitions.

C.2 SCOPE OF WORK – TASK ONE

The Contractor shall be responsible for managing, planning and coordinating the requirements set forth in Section C, subparagraphs C.2.1 through C.2.11 and paragraphs C.3 through C.5 for each IRS Nationwide Tax Forum Conferences and Exhibitions.

C.2.1 LOCATIONS. The Contractor shall investigate possible locations and facilities nationwide and make recommendations to the Contracting Officer's Technical Representative (COTR) by the last business day in October of each year of the contract. The COTR will be involved in the site selection and will accompany the Contractor on site visitations. The COTR will make the final decision for site locations.

(a) Each location shall accommodate a minimum of five (5) days lodging which includes the conference/exhibition for participants, including IRS personnel. The locations shall be easily accessible by air and ground transportation.

(b) The COTR shall provide IRS acceptance of locations and facilities for the number of Forums to be conducted that year no later than the tenth business day in November.

(c) The Contractor shall notify the COTR by the tenth (10th) business day of December that the hotel contracts have been executed. This deadline may be extended with the approval of the COTR, after notification is provided to the Contracting Officer.

C.2.2 DATES. The conferences/exhibitions shall be between June and October of each year. To minimize scheduling conflicts with the dates of their conferences, research shall be

conducted with the following national organizations: American Association of Retired Persor. American Bar Association, American Institute of CPAs, American Payroll Association, Federation of Tax Administrators, National Association of Enrolled Agents, National Association of Tax Practitioners, National Conference of CPA Practitioners and the National Society of Accountants. A list of the national organization conference dates shall be provided to the COTR. The final decision on specific dates will be made by the COTR no later than the tenth (10th) business day of November.

**C.2.3 FACILITIES.** The exhibition facilities shall accommodate 30-80 exhibitors booth spaces. There shall be three exhibitor booth sizes: ten feet by ten feet; ten feet by twenty feet; and twenty feet by twenty feet.

(a) There shall be a maximum of ten (10) booths space [10x10] or the square footage equivalent) setup for the use of the IRS. The Contractor shall set up the IRS display unit(s), including tables(s) and chair(s)as needed, furnish dedicated phone lines(s); and hook-up/connection capability for computer and fax. These items shall be provided at cost to the IRS.

(b) Provide space for a formal dinner for up to 1000 people. The space may be a seminar room converted for the purpose.

(c) There shall be four conference rooms to be used all 3 days from 6:00 a.m. to 6:30 p.m. One room shall have seating capacity for 300, two for 500 and one with potential seatin capacity for 700. The Contractor shall provide the necessary audiovisual equipment, telephoi lines and hand walkie-talkies for coordination purposes. Room size may be reduced with the permission of the COTR.

(d) A speaker ready room shall be provided with a capacity of 30 people to be used on all three days of the conference from 6:30 a.m. to 6:30 p.m. Telephone lines shall be provided in the speaker ready room.

(e) An executive room with a capacity of 30 people shall be furnished with a speaker telephone; to be used all three days from 7:00 a.m. to 6:30 p.m. The room may be a hotel room, e.g., suite/office connected to sleeping room.

(f) Each of the rooms referenced above must be sufficiently supplied with drinking water and glasses, replenished as often as needed.

(g) The desired temperature of the room must be adequately controlled for the number of expected participants, i.e., the room should be cool before start.

(h) Exhibit booth accommodations shall include:

(1) assistance in installing and dismantling exhibits;
(2) telecommunication access which includes dedicated lines for computers and fax machines (where needed);
(3) electrical access which includes surge suppressed electrical lines

(where needed);

(4) computer and peripheral equipment leasing services for exhibitors; and

(5) additional furniture requested (one table and two chairs shall be included in the price of booth).

**C.2.4 LODGING.** The Contractor shall make all arrangements for lodging at the conferences. On-site lodging for the conference/exhibitions is preferred, but not required. The number of rooms requested for block must be based on historical data.

(a) The Contractor shall notify the COTR if any contingencies are included in any hotel contracts. These generally relate to the number of hotel rooms that must be filled to obtain reduced rates for the conference rooms or to receive the conference rooms free of charge.

(b) The Contractor shall coordinate with the COTR and make every possible arrangement for accommodating IRS personnel who may not have made timely reservations. The government lodging rate shall be secured for five (5) nights and shall be easily accessed by approximately 100 to 150 IRS employees.

(c) The Contractor shall not accept commissions on government rooms.

(d) The contractor shall negotiate and secure the lowest possible lodging rate for conference participants (exhibitors and attendees).

**C.2.5 TRANSPORTATION ARRANGEMENTS.** The Contractor shall secure discounted air travel for conference participants and provide for free or reduced price transportation from the airport to the facility. If necessary, the Contractor shall make arrangements for transporting participants between the lodging location and the conference/exhibition site.

**C.2.6 CONFERENCE PROMOTION.** The Contractor is responsible for promotion of the conferences in accordance with the following requirements.

(a) To promote the conferences to participants, the Contractor shall provide promotional information/material to the public and specifically to financial institutions, accounting firms, attorneys, credit unions, tax preparation firms, computer software/hardware companies and any other company that provides electronic means. A minimum of three (3) articles must be published in periodicals and organizational newsletters with copies of the articles provided to the COTR. Promotion through the internet is encouraged.

(b) In promoting to exhibitors, the Contractor shall ensure that their solicitation for exhibitor booth space includes the following:

(1) direct contact with potential customers;
(2) telephone calls (and follow-up calls);
(3) written correspondence (fliers); and
(4) advertising in national trade and association periodicals.

(c) The Contractor shall also provide a listing consisting of all individuals and

establishments contacted by the Contractor during solicitation activities for exhibitors. Ti listing shall contain the following information:

(1) Name of contact;
(2) Type of establishment; and
(3) Name, address, and phone number of establishment.

The listing shall be provided in magnetic media and on hard copy of 8 ½ x 11 inch paper.

(d) The Contractor shall develop and design an Exhibitors Prospectus (kit for exhibitor), which will include the pricing structure, appropriate language, and necessary content. The necessary administrative support, to include typing, publishing (printing), assembly, and mailing/shipping/ postage will be provided by the Contractor. The Contractor shall provide a draft prospectus no later than the 15th day in February for review by the COTR. The COTR will provide final approval of the Exhibitors Prospectus no later than the first business day in March.

(e) The contractor shall coordinate with the COTR on the booth assignment priorities for exhibitors.

(f) The Contractor shall coordinate with the COTR on special booth pricing for federal/state and local government offices. The COTR will provide final approval of the price, as needed, throughout the timeframe for registration.

**C.2.7 CONFERENCE AND REFRESHMENT EVENTS.** The following requirements ar contingent upon available funds and approval by the COTR. Said approval must be provid( to the Contractor in sufficient time for arrangements to be made.

(a) If hotel policy and facilities allow, the Contractor shall arrange for breakfast type food and beverages to be available for purchase by the participants each morning of the conference/exhibition.

(b) A one (1) hour reception for the conference participants and exhibitors on the first night of each conference shall be provided by the Contractor. Menu selection must be approved by the COTR.

(c) Coffee/juice/soda shall be provided in the speakers ready room all three days of the conference. Light breakfast food such as rolls, doughnuts and bagels may be provided if part of a package.

(d) The Contractor shall provide a closing reception the last day of the conference for IRS personnel. The number of attendees and location will be provided by COTR.

(e) The contractor shall furnish COTR-approved giveaways to the participants at the shows, and as promotional materials to advertise e-file and the shows, from the show proceeds. The e-file logo is the only advertising on the giveaways.

(f) The contractor shall provide for a sit down dinner for up to 1000 participants to be held at the conclusion of the 2nd day. The COTR shall approve the number of people to be served and menu selection.

(g) The Contractor may expend excess funds on items and services approved by the COTR in support of the Forums, after notification to the Contracting Officer.

**C.2.8 LOGISTICS FOR EXHIBITORS**

(a) The Contractor shall provide for handling and sorting advance shipments from the exhibitors. This shall include drayage from the loading dock of the facility to the exhibition area and return.

(b) The Contractor shall receive and store the IRS conference material prior to and during the conference, returning the material to the storage area after the conference (the material shall not exceed 15,000 pounds), forwarding remaining materials to subsequent event facilities and at events end forwarding to the final IRS designated address.

(c) The Contractor shall prepare a floor plan of the area, including a diagram of the exhibit area along with a list of exhibitors and their locations which shall be made available to the participants in accordance with Section F, paragraph 5.

(d) The Contractors shall furnish insurance coverage and around-the clock security for the entire conference and exhibition area. The IRS assumes no liability for loss, damage or injury resulting from incidents that may occur.

(e) The Contractor shall start the exhibitor set-up no later than mid-day on the day preceding the conference.

(f) The Contractor shall provide all labor, materials, and services necessary to decorate and dismantle the conference and exhibition area.

(g) Telephone services and message services for the exhibitors shall be furnished by the Contractor during the conference.

(h) The Contractor shall maintain the exhibition facility, including but not limited to custodial services during and following the event.

(I) The Contractor shall provide aisle carpeting at a minimum. If funds are available and with COTR approval, additional carpeting shall be provided.

**C.2.9 CONTRACTOR RESPONSIBILITIES.** The Contractor shall be responsible for all aspects of selecting and hiring subcontractors. This includes, but is not limited to the following:

(a) dealing with unions, hotel personnel and shipping companies in those instances where special circumstances occur.

(b) the physical labor aspect from assembling booths to the pipe and drape, carpeting, tables, chairs, and power strips is the work of subcontractors. The contractor is responsible for supervising the subcontractors and ensuring that their goods and services are properly employed. The requirement for supervision is generally confined to the actual show dates although pre-season inventory and supplemental signage are also required each year. The pre-season inventory will be conducted with the COTR who will also approve any supplemental signage.

(c) The Contractor shall furnish signs on site for directing participants to conference activities, identifying conference sessions including room numbers, title of seminar and times), and identification of activity areas.

(d) On an as required basis, and at the direction of the COTR, contract with non-governmental personnel for the purpose of providing seminars, and other instructional information, in support of the IRS Nationwide Electronic Tax Forums.

**C.2.10 CONFERENCE REGISTRATION**

(a) The Contractor shall receive all IRS-mailed participants registration forms and fees in advance of the conference/exhibitions.

(b) The contractor shall maintain a database and provide it to the COTR on request, which serves the following purposes:

(1) pre-registration of participants prior to conference;
(2) detailed information on participants (name/address/phone number/location attendance); and
(3) recordation of payment of admission fee.

(c) The Contractor shall furnish all necessary clerical support to perform the following functions:

(1) data entry (keying in participants' information) requirements;
(2) collecting and accounting for financial transactions;
(3) leasing a credit card telephone access line; and
(4) receipt and deposit of checks and money orders.

(d) The Contractor shall provide for on-site registration and collection of admission fees. Most major credit cards shall be accepted for payment of registration or admission fees.

(e) The Contractor shall furnish all management supervision and provide accountability of funds during the conference both on-site and at the Contractors facility.

(f) The Contractor shall ensure that an on-site and pre-registration area is provided at the facility. This area is to be within the surrounding areas of the conference. Based on availability, the IRS staff will assist in distribution of badges to the pre-registered participants on the morning of the first day prior to the general session. IRS staff are prohibited to be involved with the disbursement of admission fees.

(g) The Contractor shall provide a registration listing consisting of all individuals and representatives of establishments attending the conference and exhibition. The listing is due to the COTR no later than the seventh (7th) business day in October of the current year. This listing shall be provided in magnetic media and a hard copy of 8 ½ x 11 inch paper.

(h) Registration of all participants whom have sent in forms for pre-registration must be completed prior to the conference. Badges, as required below, shall be produced and ready for pick up the night before the first day of the conference. IRS and exhibitor badges shall be available by noon of the day preceding the first day of the tax forum.

(I) The registration database shall be able to provide a report containing the number of participants; by category type (attendee, exhibitor and IRS personnel) and total at any given time during each conference. It shall also be able to generate a report containing all participant information by category type, in state order and total number per state. Reports shall be produced in electronic and paper media and provided to the COTR by the end of each conference.

**C.2.11 IDENTIFICATION BADGES.** The Contractor shall provide identification badges for everyone associated with the conference.

(a) The identification badges shall include the title of the conference, the date and location of the conference, the name of the badge holder, and the city/state (in Bold letters) of the badge holder.

(b) Color-coded ribbons as indicated below must be affixed to the identification badges for the exhibitors, IRS staff and speakers:

| | |
|---|---|
| Exhibitor - Blue | Focus Group - Green |
| IRS Staff - Red | Exemplary EROs - White w/Gold letters |
| Speakers - White | |

(c) The Contractor shall develop an identification system to facilitate immediate visual identification of participants eligible to participate in each of the separate functions included in the daily programs.

## C.3 CONFERENCE MANAGEMENT PLAN

The Contractor shall develop a Conference Management Plan for each conference and exhibition in coordination with the COTR. The plan, at a minimum, shall address all of the requirements in this statement of work and any additional provisions added by the Contractor. The plan shall be submitted to the COTR in accordance with Section F.

paragraph 4.

(a) Upon acceptance of the Conference Management Plan by the COTR, the Contractor shall perform all services necessary for implementation of the plan.

(b) The COTR will be the final approval authority for any material used in conjunction with the conferences/exhibitions.

**C.4 SHOW PROCEEDS AND REIMBURSEMENT OF EXPENDITURES**

(a) The Contractor shall be responsible for collecting fees from vendors participating in the exhibits, and from attendees participating in the conferences. Funds collected from the vendors and attendees shall be disbursed by the Contractor to pay for all expenses necessary to conduct each conference excluding the publication of the Seminar Handbooks and the participants brochures, and any other items not indicated in this statement of work.

(b) Appropriated funds shall be provided for payment of the Contractor's management fees and services in Section B, CLINs 0001, 0009 through 0015 (and CLINs 1001 and 1009 through 1015; CLINs 2001 and 2009 through 2015; CLINs 3001 and 3009 through 3015; CLINs 4001 and 4009 through 4015, if option years are exercised).

(c) No appropriated funds will be provided to reimburse the contractor for the conference expenses in Section B, CLINs 0003 thru 0008 (and CLINs 1003 thru 1008, CLINs 2003 thru 2008, CLINs 3003 thru 3008, and CLINs 4003 thru 4008, if the option years are exercised). These expenses shall be reimbursed by the exhibitor/participant fees collected by the Contractor. Since the total amount of the fees collected from conference participants is dependent entirely upon actual attendance, the amount of the fee shall be determined by the Contractor's budgeted costs, fees charged by other organizations for similar conferences, and by a survey conducted by the Contractor among last year's participants indicating a range of fees acceptable to them. The Contractor shall determine the amount of the exhibitor and participant fees and obtain approval by the COTR no later than the 15th day in February. Any proceeds remaining shall be carried forward and used to support the costs of each subsequent conference. Monies in excess of the amount necessary for paying all actual expenses for the conferences will be applied to the management fee for the remaining conference(s).

(d) For those CLINs reimbursed by the exhibitor/participant fees, the Contractor shall submit an invoice to the COTR for approval. The payment is not processed through the IRS accounts payable operations, but is deducted from the fees collected by the Contractor. Invoices for CLIN 0001 and 0009 through 0015 (and CLINs 1001 and 1009 through 1015; CLINs 2001and 2009 through 2015; CLINs 3001 and 3009 through 3015; CLINs 4001 and 4009 through 4015, if option years are exercised) shall be submitted in accordance with Section G, paragraph 4.

(e) The Contractor may solicit vendor participation, via sponsorship, of various forum related social events. These events will include breakfast, lunch, the formal dinner and the reception. The Contractor shall develop a listing of events for such vendor

participation indicating a pricing schedule for sponsoring all or portions of those events. This information will be included in the vendor kit.

(f) The Contractor shall offer seminar room space, in 15 minute increments (with a maximum of 30 minutes) to each vendor, for the purpose of conducting workshops for conference participants. A pricing schedule for this activity will be developed by the Contractor and published to potential vendors as part of the vendor kit.

**C.5 CONFERENCES BUDGET AND REPORTS**

(a) The Contractor shall submit an overall budget no later than the first business day in March for all conferences scheduled for that year. The COTR will discuss any issues with the Contractor and provide approval within two weeks of submission. The budget shall show each item required in the statement of work with the projected dollar amount associated with that item. The budget shall be updated with actual expenditures and submitted to the COTR every two weeks thereafter. In the event that an item will exceed the budgeted cost by more than 20%, the Contractor shall notify the COTR immediately for approval. The IRS will not reimburse the Contractor for costs in excess of the approved budgeted amount.

(b) A detailed budget of each conference/exhibition, including budgeted costs and actual expenditures to date, shall be submitted a minimum of two (2) weeks prior to the start date.

(c) Status reports shall be submitted to the COTR and the Contracting Officer in accordance with Section F, paragraph 4 and shall contain the following information:

(1) Pre-registered count by conference;
(2) breakdown of registration by seminar;
(3) number of hotel room pick-up; and
(4) number of vendors and fees charged and/or collected.

(d) Final reports shall be submitted to the COTR and the Contracting Officer in accordance with Section F, paragraph 4.

**C.6 SCOPE OF WORK – TASK TWO**

The Contractor shall be responsible for managing, planning, procuring, and providing incentives to up to 50 EROs under the IRS Distribution Channel Management Incentives Program during the Tax Forum Conferences and Exhibitions in accordance with the requirements set forth in Section C, subparagraphs 6.1 through 6.8.

**C.6.1 GOVERNMENT FURNISHED LISTING.** The Government will provide the contractor with the list of up to 50 EROs no later than the 15th day in May. The list will contain:

- ERO name

- ERO Business name
- ERO Personal Address
- ERO Business Address
- ERO Personal Telephone Number
- ERO Business Telephone Number
- Conference and Exhibition City Planned to Attend
- Dates of Stay (not to exceed 4 nights)

**C.6.2 REQUIREMENTS**

(a) Round Trip Coach Plane Tickets for Selected EROs

The contractor shall research existing economy offers and shall select the best price on a Round Trip Coach Plane Ticket for each ERO listed on the Government Furnished Listing and shall purchase this ticket. The contractor shall deliver the ticket to the ERO based on the delivery plan that is described in C.6.3 below.

(b) Ground Transportation for Selected EROs

The contractor shall pay for ground transportation for each ERO listed on the Government Furnished Listing during the following circumstances only. The contractor shall deliver this service based on the delivery plan that is described in C.6.3 below.

i. Conference and Exhibition Arrival

- Ground transportation from the ERO's home to the airport
- Ground transportation from the airport to the hotel

ii. Conference and Exhibition Departure

- Ground transportation from the hotel to the airport
- Ground transportation from the airport to the ERO's home

**C.6.3 DELIVERY/EXECUTION PLAN**

(a) The contractor shall develop and submit to the Government, an itemized Delivery/Execution Plan no later than the May 1st of each year on how the following items will be given to each ERO along with a delivery schedule:

- Airline ticket (see C.6.2(a))
- Proper amount of ground transportation(see C.6.2(b))
- Hotel Meal Vouchers (see C.6.5)

(b) Within five (5) working days, the Government will approve or disapprove the plan. If disapproved within those five days, the Government and the contractor shall have a conference call to discuss alternatives. The contractor shall resubmit the revised plan within one (1) day and the Government will approve within one (1) day after that.

### C.6.4 HOTEL SUITES FOR SELECTED EROs

The contractor shall provide the least expensive hotel suites offered by each hotel at the Conference and Exhibition sites. The number of suites provided at each Conference and Exhibition shall be determined by the information provided in the Government Furnished Listing. The maximum nights for each ERO's stay shall not exceed four (4) nights.

### C.6.5 HOTEL MEAL VOUCHERS FOR SELECTED EROs

The contractor shall provide Hotel Meal Vouchers for Breakfast, Lunch and Dinner for each day that the ERO stays in the hotel. The vouchers shall not exceed $50 per day for each ERO. The contractor shall provide these vouchers based on the delivery plan described in C.6.3 above.

### C.6.6 GIFT BASKETS FOR SELECTED EROs

The contractor shall deliver to each ERO a Gift Basket that will contain at a minimum:
Fresh Flowers (in season); Fresh Fruit (in season); and Candy. The Gift Basket shall be made of basket material and shall be in each ERO's hotel room as they arrive after check-in. The cost of the Gift Basket shall not exceed $50 (including materials and delivery expenses).

### C.6.7 SPEAKER

The contractor shall on an as required basis, and at the direction of the COTR, contract with non-governmental personnel for the purpose of providing seminars, and other instructional information, in support of the IRS Nationwide Tax Forums.

### C.6.8 PROMOTIONAL MATERIALS

The Contractor shall furnish COTR approved giveaways to the ERO's at the shows, as promotional materials.

SECTION G - CONTRACT ADMINISTRATION DATA

G.1 CONTRACTING OFFICER

The Contracting Officer's name and address for administration of this contract is:

Office of Contract Administration
Internal Revenue Service, 10th Floor
Attn: Carol Ransom, A:P:C:C:A
Oxon Hill, Maryland 20745

The telephone number for the Contracting Officer is: 202-283-1106.

The Contracting Officer, in accordance with Subpart 1.6 of the Federal Acquisition Regulation, is the only person authorized to make or approve any changes in any of the requirements of this contract, and notwithstanding any clauses contained elsewhere in this contract, the said authority remains solely with the Contracting Officer. In the event the Contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in cost incurred as a result thereof.

G.2 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE

The Contracting Officer's Technical Representative's (COTR) name and address for this contract is:

Internal Revenue Service
Electronic Program Enhancement Division
Attn: Tom D. Martin, OP:ETA:A
8100 Corporate Drive
Lanham, Maryland 20706

The telephone number for the COTR is: 301-344-5869.

The COTR will represent the Contracting Officer in the administration of technical details within the scope of this contract. The COTR is also responsible for the final inspection and acceptance of all reports, and such other responsibilities as may be specified in the contract. The COTR is not otherwise authorized to make any representations or commitments of any kind on behalf of the Contracting Officer or the Government. The COTR does not have authority to alter the Contractor's obligations or to change the contract specifications, price, terms or conditions. If, as a result of technical

discussions, it is desirable to modify contract obligations or the statement of work, changes will be issued in writing and signed by the Contracting Officer. The COTR assignment for this contract may be changed at any time by the Government without prior notice to the Contractor. The Contractor will be notified of the change.

## G.3 CONTRACTOR'S PROJECT MANAGER

The Contractor's designated Project Manager's name and address and for this contract is:

Ketan R. Shah
Public Affairs International Inc.
11120 New Hampshire Avenue, Suite 203
Silver Spring, Maryland 20904

The telephone number for the Project Manager is: 301-593-0200.

The Contractor shall provide a Project Manager for this contract who shall have the authority to make any no-cost contract technical, decisions, or special arrangement regarding this contract. The Project Manager shall be responsible for the overall management and coordination of this contract and shall act as the central point of contact with the Government. The Project Manager shall have full authority to act for the Contractor in the performance of the required services. The Project Manager, or a designated representative, shall meet with the COTR to discuss problem areas as they occur. The Project Manager, or designated representative shall respond within four hours after notification of the existence of a problem. The Project Manager shall be able to fluently read, write, and speak the English language.

## G.4 INVOICE – INDEFINITE DELIVERY

(a) The original invoice shall be submitted to the Accounting Office designated in Block 12 of the Standard Form 26. To improve the timeliness of the inspection and acceptance of delivered goods and/or services and receipt of payment by the contractor, copies of the invoice, clearly marked as information copies shall be submitted to the COTR and the Contract Administrator concurrently.

(b) To constitute a proper invoice, the invoice must include the following information and documentation:

(1) Name of the business concern and invoice date;

(2) Contract number, or other authorization for delivery of property and/or services;

(3) Description, price, and quantity of property and services actually delivered or rendered;

(4) Shipping and payment terms; and

(5) Name (where practicable), title, phone number, and complete mailing address of the responsible official to whom payment is to be sent.

(6) Taxpayer Identification Number (Employer Identification Number or Social Security Number as appropriate).

**G.5 FUNDING, ACCOUNTING AND APPROPRIATION DATA**

(a) Appropriated funds shall be provided for payment of services in Section B, CLINs 0001and 0009 through 0015 (and CLINS 1001 and 1009 through 1015; CLINS 2001 and 2009 through 2015; CLINS 3001 and 3009 through 3015; CLINS 4001 and 4009 through 4015, if option years are exercised). Accounting and appropriation data will be set forth on individual Task Orders.

(b) No appropriated funds will be provided to reimburse the contractor for the conference expenses in Section B, CLINs 0003 thru 0008 (and CLINs 1003 thru 1008; CLINs 2003 thru 2008; CLINs 3003 thru 3008; CLINs 4003 thru 4008, if the option years are exercised). These CLINs shall be reimbursed to the Contractor from the collection of exhibitor/participant fees. The Contractor shall submit an invoice to the COTR for approval and payment shall deducted from the fees collected by the Contractor.