IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, LLC<br><br>Plaintiff,<br><br>UNITED STATES<br><br>Defendant | ) | No. 03-2008C<br>(Judge Damich) |

DECLARATION OF LINDA M. KROUGH

I, Linda M. Krough, declare as follows:

1. I am currently an employee of the U.S. Department of Treasury, Internal Revenue Service ("IRS"). My current title is Contract Specialist. I have held this position since 1 March 1999.

2. I have also held the position of Contracting Officer for the IRS since 19 June 2000. I have no limitation on monetary authority for the execution of contractual documents.

3. Since 19 June 2000, I have served as the Contracting Officer for the contract between the IRS and Public Affairs International, LLC ("PAI"), TIRNO-00-D-00004. PAI's responsibilities under this contract include arranging conference facilities for IRS Nationwide Tax Forum Conferences.

4. I was the Contracting Officer on November 7, 2001, when the contract between PAI and the Millennium Hotel was executed for the conference that was held in August of 2002.

5. The IRS has made full payment to PAI for services rendered in connection with the IRS Nationwide Tax Forum Conference held at the Millennium Hotel in August of 2002.

6. The contract between PAI and the IRS does not designate PAI as an agent of the Federal Government. Nor does it provide PAI with authority to enter contracts on behalf of the United States.

7. I have never verbally authorized PAI to serve as an agent of the Federal Government or to enter contracts on behalf of the United States.

8. I have never made any representations to Millennium Hotel staff or representatives that PAI was an agent of the Federal Government or could enter contracts on behalf of the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 15th day of October, 2003.

Linda M. Krough

Linda M. Krough

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, LLC<br><br>Plaintiff,<br><br>UNITED STATES<br><br>Defendant | ) | No. 03-2008C<br>(Judge Damich) |

DECLARATION OF CAROL A. RANSOM

I, Carol A. Ransom, declare as follows:

1. I am currently an employee of the U.S. Department of Treasury, Internal Revenue Service ("IRS"). My current title is Contract Specialist. I have held this position since October 2, 1994.

2. I have also been a warranted Contracting Officer for the IRS since June 6, 1997. I have no limitation on monetary authority for the execution of contractual documents.

3. Between February 7, 2000 and June 18, 2000, I served as the Contracting Officer for the contract between the IRS and Public Affairs International, LLC ("PAI"), TIRNO-00-D-00004. PAI's responsibilities under this contract include arranging conference facilities for IRS Nationwide Tax Forum Conferences. Since February 7, 2000, I have served as the team leader and retain oversight responsibility for this contract.

4. The IRS has made full payment to PAI for services rendered in connection with the IRS Nationwide Tax Forum Conference held at the Millennium Hotel in August of 2002.

5. The contract between PAI and the IRS does not designate PAI as an agent of the Federal Government. Nor does it provide PAI with authority to enter contracts on behalf of the United States.

7. I have never verbally authorized PAI to serve as an agent of the Federal Government or to enter contracts on behalf of the United States.

8. I have never made any representations to Millennium Hotel staff or representatives that PAI was an agent of the Federal Government or could enter contracts on behalf of the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 15th day of October, 2003.

Carol A. Ransom

Carol A Ransom

MILLENNIUM HOTEL
ST. LOUIS

LETTER OF AGREEMENT

Date: October 30, 2001 Phone: 314-516-8114

Sales Contact: Barbara Koenig Fax: 314-241-6171

Contract Due Date: November 7, 2001

| | |
|---|---|
| Name of Organization: Public Affairs International, Inc. | |
| Contact: Mr. Ketan Shah | |
| Address: 11120 New Hampshire Avenue<br>Silver Springs, MD 20904 | |
| Phone: 301-593-0200 | Fax: 301-593-9053 |

**Section 1. Room Block**

| YEAR: 2002 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Day:** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** |
| **Date:** | 8/04/02 | 8/05/02 | 8/06/02 | 8/07/02 | 8/08/02 | 8/09/02 | 8/10/02 |
| **Rooms:** | 5 | 250 | 300 | 175 | 85 | 50 | 25 |
| **Total Rooms:** | 5 | 250 | 300 | 175 | 85 | 50 | 25 |

The Millennium Hotel and Public Affairs International, Inc. hereby agree that the above room block shall be reserved for Public Affairs International, Inc. at the rate set forth in Section 2 below. In the event that the Public Affairs International, Inc. requires a change in its meeting requirements, the terms of this Contract may only be amended by the parties in Section 8 Reductions to the Room Block or Meeting / Banquet Space Requirements are governed by Section 6 and Section 9 below.

**Section 2. Room Rates**

Single: $90.00
Double: $90.00
Triple: $100.00
Quadruple: $100.00

All Room Rates are net, non-commissionable. Based upon Public Affairs International, Inc. program requirements as outlined in this agreement, the Millennium confirms the following Group Rate inclusive of all taxes.

**Section 3. Reservation Method and Cut-off**

Rooming List or Individuals calling in to make reservations must be received by the cut-off date. The cut-off is ~~July 15~~ Aug 4, 2002. Reservation requests for all name changes or additions received after ~~July 15~~, August 4 2002 will be accepted on a space and rate availability basis up to Public Affairs International, Inc. block.

200 South 4th Street
St. Louis, Missouri 63102-1804 USA
Telephone 314.241.9500
Facsimile 314.241.6171
Reservations 866.866.8086
www.millennium-hotels.com

If Public Affairs International, Inc. rate is not available after August 4, 2002, the prevailing rack rates will apply for any reservations. All reservations must be either guaranteed to Public Affairs International, Inc. or guaranteed with individual credit card. Any cancellation after 4:00pm on the day prior is subject to one night room and tax. The Millennium Hotel St. Louis has a 24-hour cancellation fee.

**Section 4. Individual Payment Procedure**

Organization pays all scheduled function, individuals pay own room, tax and incidentals.

**Section 5. Credit Arrangements/Master Account**

A Master Account may be established by Public Affairs International, Inc. provided a credit application is filed and processed by the Millennium Hotel St. Louis. Credit approval must be granted at least fourteen (14) days in advance of check-in. In the event that credit is not requested by Public Affairs International, Inc. or is not approved, payment of Public Affairs International, Inc.'s total estimated Master Account shall be due to the Millennium Hotel St. Louis on February 28, 2002. Failure to remit the appropriate payment on a timely basis will result in cancellation of all arrangements outlined in this contract and Public Affairs International, Inc. shall be liable for the amount as described in the Cancellation provision set forth in Section 10 herein. For all approved direct billing, the balance beyond thirty (30) days from receipt of invoice will be charged a (1.5%) late fee per month and (18%) per year.

**Section 6. Guest Rooms**

Individual Check-in prior to the Millennium Hotel St. Louis' published check-in times is subject to availability. All individual reservations and/or VIP rooming lists must be received by July 15,2002 set forth in Section 3 above in order to protect the Public Affairs International, Inc.'s Room Block. Any reservations, which are not received prior to ~~July 15~~ Aug. 4, 2002, will be automatically released, and subsequent reservations will be taken by the Millennium Hotel St. Louis on a space and rate availability basis. The special Room Rates offered to the (Group) in Section 2 are valid two (2) days prior to and after the meeting, subject to availability.

**Section 7. Parking** — Not Agreed to changes

Parking is available at a garage directly connected to the hotel ~~by an~~ enclosed walkway. Registered hotel guests have unlimited in-out privileges. The current self parking fee is ~~$12.00 per day~~. Day Parking will be $8.00 per day. ~~(no more than 8 hours)~~ Comp Parking no more than 5 Cars.

A guest's use of the parking lot shall not constitute a bailment between the Hotel and any such guest. All such parking is at the Hotel guest's sole risk and the Hotel shall have no liability for ~~any damage~~ to or loss of any guest's vehicle or its contents.

**Section 8. Special Concessions**

In the event that Public Affairs International, Inc. picks up a minimum of eighty percent (80%) of the aforementioned room block, the Millennium Hotel St. Louis, as a special consideration to Public Affairs International, Inc. will provide the following for use by Public Affairs International, Inc. over and above the complimentary rooms above. If pick-up is less than eighty percent (80%), these special considerations will no longer be available.

One (1) complimentary VIP Suite, August 4-10, 2002 - North Cabana Presidential - 2 Bedroom
Four (4) complimentary one-bedroom Suites, August 4-10, 2002 - North Cabana, (2) 1st floor (2) 2nd floor
Six (6) one-bedroom Suites at Group Rate, August 4-10, 2002 – South Tower, (2) 10th floor, (4) 1st floor

Four (10) clubrooms at Group Rate, August 4-10, 2002 – North Tower, 24th floor - 27th floor
One (1) unit per every 50 paid rooms. This shall be computed by adding together the total paid rooms usage per night during the meeting period and dividing by 50. Complimentary room units may not be used as credits. Complimentary room nights not used have no value.

**Section 9. Deliveries**

Special arrangements must be made for receiving any equipment, goods, displays or other materials which will be sent, delivered or brought into the Millennium Hotel St. Louis. (This includes delivery of any food or beverage items that are also sold or furnished by the Millennium Hotel. The Millennium will not accept delivery of such items.) Failure to do this may result in deliveries being refused or materials being unavailable when required. The Millennium Hotel St. Louis receiving entrance is open 6am – 4pm Monday – Friday, and Saturday from 6am to 1:30pm. Any materials being sent to the Millennium Hotel St. Louis must be marked as follows:

1. Hold for Attention: Manager's Name, Guest's Name, Organization Name
2. Address Package: Millennium Hotel St. Louis
   Attn. Guest's Name
   200 South 4th Street
   St. Louis, MO 63102
3. Complete Return Address
4. Rhonda LaSee, Catering/Convention Services Manager
5. Number of Boxes (Example: Box 1 or 2, and Box 2 of 2)

**Section 10. Cancellation**

Should PAI decide to cancel this meeting any time after the confirmation of this contract, liquidated damages equal to $93,600 shall be paid by the ~~non-~~canceling party at the time of cancellation. The amount is agreed not to constitute a penalty.

Should it be necessary to cancel any or all of your scheduled food and beverage functions (see Section 6 ) after this agreement has been signed, the Millennium Hotel St. Louis will be entitled to liquidated damages (agreed not to constitute a penalty) based on the following scale:

** 91 – 180 days prior to the event, an amount equal to fifty (50%) percent of the estimated food, beverage and meeting rooms revenue based on the minimum estimated above.
** 0 – 90 days prior to the event, an amount of seventy-five (75%) percent of the estimated food, beverage and meeting room revenue based on the minimum estimated above.

**Section 11. Indemnification and Hold Harmless**

The Millennium Hotel St. Louis and Public Affairs International, Inc. each agree to defend, indemnify and hold harmless the other party from and against all claims, actions, cause of action or liabilities, including reasonable attorney's fees, and cost resulting from the defense of any claim, action, cause of action or liabilities arising out of or resulting from any act taken or acquired by the Millennium Hotel or Public Affairs International, Inc. pursuant to the performance of each party's obligation hereunder. The Millennium Hotel St. Louis and Public Affairs International, Inc. each agree to defend, indemnify and hold harmless the other party for any claim, action, cause of action and harmless which may be asserted by third parties arising out of the performance by either party's obligation pursuant to this Contract, except for the willful misconduct or gross negligence of the other party.

**Section 12. American With Disabilities Act**

As required by the Americans with Disabilities Act, the Hotel has a limited supply of guest rooms that are accessible to, and assistance equipment and aids for, persons with disabilities. The Group should advise the Hotel no later than 30 days before the First Meeting Date of any Group Guests who may require such equipment or aids and whether any additional equipment or services are needed. The Group or the Group Guest in question will be responsible for the costs of any required equipment or aids beyond what the Hotel has available.

Mutual Cooperation in identifying Special Needs - Public Affairs International, Inc. shall attempt to identify in advance any special needs of disabled registrants, faculty and guests requiring accommodation by the Millennium Hotel St. Louis and will notify the Millennium Hotel St. Louis in writing of such needs for accommodation as soon as they are identified to Public Affairs International, Inc.. Whenever possible, Public Affairs International, Inc. shall copy the Millennium Hotel St. Louis in writing of requests for accommodation which it may receive otherwise than through Public Affairs International, Inc. to facilitate identification by Public Affairs International, Inc. of its own accommodation obligations or needs as required by ADA.

**Section 13. Waiver**

If one party agrees to waive its right to enforce any term of this contract, it does not waiver its right to enforce each term or any or all other terms of this Contract at any other time.

**Section 14. Governing Law**

This Contract shall be governed by and construed under the laws of the State of Missouri. If any provision of the Contract is unenforceable under applicable law, the remaining provisions shall continue in full force and effect.

**Section 15. Attorneys' Fees**

In the event any legal action is taken by either party against the other party to enforce any of the terms and conditions of this Contract, it is agreed that the unsuccessful party to such action shall pay to the prevailing party therein all court costs, reasonable attorneys' fees and expenses incurred by the prevailing party.

**Section 16. Acceptance**

If the above meets with the Public Affairs International, Inc.'s approval, please sign below and return the original to the Hotel Sales Offices by November 5, 2001. If a signed copy of this Contract and the deposit (if required) are not required by this date, the space being held on Public Affairs International, Inc.'s behalf of Public Affairs International, Inc. and to enter into this Contract.

Barbara Koenig Date: 11/7/01

Barbara Koenig, Millennium Hotel St. Louis
Director of National Sales Accounts

[signature] Date: 11/06/01

Public Affairs International, Inc.

PUBLIC AFFAIRS INTERNATIONAL

IRS NATIONAL ELECTRONIC FILING

Meetings (Tuesday, 8/5, Wednesday, 8/6, and Thursday, 8/7
ALL mtg space (24 Hour Hold)

Set-up will be completed by Monday, 6pm for your review and approval. 8/4/02 BSE

| | |
|---|---|
| Missouri | Seminar Room |
| Meramac | Seminar Room needs to be set by 2pm |
| Mississippi | Seminar Room |
| Illinois | Seminar Room |
| Jefferson A,B,C | Seminar Room |
| Jefferson D,E,F | Seminar Room |
| Lewis | (1) Seminar Room |
| Clark | (2) Seminar Room |
| St. Louis East | Commissioner |
| St. Louis West | Assistant Commissioner |
| Field | (3) Seminar Room |
| Laclede | (4) Seminar Room |
| Shaw | Speaker Ready Room |
| Soulard | (5) Seminar Room |
| Dugout | Exhibitor Presentation Room |
| South Tower | |
| 1st Floor Hospitality | (6) Focus Room |
| New meeting Room | – Seminar |

East and West Assembly Area set-up Monday, 8am. 8/4/02 BSE

Friday
Laclede (1) Problem Resolution

South Exhibition Hall Set-up Monday Afternoon 50 (8 x 10's)
However the Hall does not include the following: Set-up 7am – 9pm

Drayage, decoration, including drapes, rails, signs, guard service, labor, gas and water supply, cleaning and maintenance of individual booths, tables out of our inventory, or electrical service.

| Food & Beverage | |
|---|---|
| Continental Breakfast (C.O.D. ~~Exhibit Area~~ Registration Area) | 3 days BSE |
| C.O.D. Lunches in Exhibit Area | 3 days |
| Reception * Tuesday in Exhibit Area | Exhibit Area |
| Dinner * Wednesday (300 people) | Ballroom Area |

** The Millennium has all space on meeting level to accommodate the above proposed agenda.

* Dove Bars $2.25 inclusive of taxes for Tuesday 8/5/02 BSE