IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company, | ) | No. 03-2008C |
| Plaintiff, | ) | (Judge Damich) |
| vs. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

NOTICE IS HEREBY GIVEN that the above-captioned matter is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, no answer or motion for summary judgment having been filed by defendant herein.

RESPECTFULLY SUBMITTED this 2nd day of January, 2004.

RUDNER LAW OFFICES

By s/ STEVEN M. RUDNER
5956 Sherry Lane, Suite 1310
Dallas, Texas 75225
(214) 373-1900
(214) 373-0087 (*fax*)
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 2nd day of January, 2004, I caused to be place in the United States mail (first class mail, postage prepaid), copies of "Notice of Voluntary Dismissal by Plaintiff," addressed as follows:

David M. Cohen
Mark Al. Melnick
Peter Keisler
Alan Lo Re
Kelly B. Weiss
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

David Barnes
Public Contract Law Branch
Internal Revenue Service
General Legal Services
950 L'Enfant Plaza, S.W.
Floor 2
Washington, D.C. 20024

By: s/ STEVEN M. RUDNER