# In the United States Court of Federal Claims

No. 03-2008 C
(Filed: January 6, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **GATEWAY REGAL HOLDINGS, L.L.C., a Delaware Limited Liability Company,** | * * * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, filed January 2, 2004, the Clerk is hereby ORDERED to dismiss the complaint without prejudice.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge